UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASEEN TRAYNOR, on behalf of himself and
all others similarly situated,
    Plaintiff,

v.                              CASE NO.: 1:19-cv-2707

RUNNING WAREHOUSE, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 24, 2019

| For Plaintiff Yaseen Traynor | For Defendant Running Warehouse, LLC |
|---|---|
| */s/ David Paul Force* | */s/ Ryan T. Benson* |
| David Paul Force | Ryan T. Benson |
| Stein Saks, PLLC | O'hagan Meyer LLC |
| 285 Passaic Street | One East Wacker Drive, Suite 3400 |
| Hackensack, NJ 07601 | Chicago, IL 60601 |
| Ph: (201) 282-6500 | Ph: 312) 422-6100 |
| dforce@steinsakslegal.com | rbenson@ohaganmeyer.com |

## CERTIFICATE OF SERVICE

I certify that on July 24, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David Paul Force*
David Paul Force
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*
